IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT SHROYER,

    Plaintiff,

v.                                                                              Civ. No. 23-0582-JB-GJF

BOARD OF COUNTY COMMISSIONERS,

    Defendant.

### ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte* on Plaintiff's Prisoner Civil Complaint [ECF 1-1] (Complaint). Plaintiff was detained at the Metropolitan Detention Center (MDC) when this case was filed and is proceeding *pro se*. The MDC inmate locator website reflects Plaintiff was released from custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://viaintfacep2.bernco.gov/custodylist/Results.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply may result in dismissal without further notice.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE